UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VINCENT ALEXIS,<br><br>　　　　　Defendant. | Case No. 2:20-cr-00070-JAD-NJK<br><br>**ORDER**<br><br>ECF No. 12 |

　　Based on the parties' stipulation and good cause appearing, IT ORDERED that the Motion hearing currently scheduled for Tuesday, December 20, 2022, at 11:00 a.m., be vacated and continued to January 31, 2023, at 1:30 p.m.

　　DATED this 12th day of December 2022.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE